UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ANDRES ALBERTO SAMANIEGO GALVEZ,<br><br>                Defendant. | Case No. MJ24-548<br><br>DETENTION ORDER |

  Defendant Andres Alberto Samaniego Galvez is charged with possession of controlled substances with intent to distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A). The Court held a detention hearing on September 5, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Samaniego Galvez is charged with an offense with a maximum term of ten years or more under the CSA.

2. There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of

DETENTION ORDER - 1

the community pursuant to 18 U.S.C. § 3142(e).

3. Mr. Samaniego Galvez stipulated to detention.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Samaniego Galvez as required and the safety of the community.

5. Mr. Samaniego Galvez was unable to be interviewed by Pretrial Services due to the lack of interpreter availability. Therefore, there is limited information available about him.

6. Mr. Samaniego Galvez poses a risk of nonappearance due to violations of supervision. In addition, he was not interviewed so his ties to this district are unknown. Mr. Samaniego Galvez poses a risk of danger due to the nature of the instant offense. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Samaniego Galvez's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Samaniego Galvez shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Samaniego Galvez shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Samaniego Galvez is confined shall deliver Mr. Samaniego Galvez to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Samaniego Galvez, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 5th day of September, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3