UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>MIGUEL ANGEL SAMANIEGO-GALVEZ, et al.<br><br>                Defendants. | CASE NO. 2:24-cr-00161-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

      This matter comes before the Court on Defendant Miguel Angel Samaniego-Galvez's Motion to Continue Trial Date and Motions Deadline. Dkt. No. 33. Mr. Samaniego-Galvez moves to continue the trial date from November 18, 2024 to March 24, 2025, and to continue the pretrial motions deadline from October 17, 2024 to February 10, 2025. *Id.* at 1. Counsel for the Government and for co-defendant Andres Alberto Samaniego-Galvez do not object to the continuance. *Id.*

      On September 19, 2024, a federal grand jury indicted each Defendant with one count of Possession of Controlled Substances with Intent to Distribute in violation of 21 U.S.C. § 841(a)(1),

1   (b)(1)(A) and (C), and Title 18, United States Code, Section 2. Dkt. No. 24 at 1–2. The Defendants
2   have been detained since their arrests on September 5, 2024. Dkt. Nos. 8, 13, 15–16, 19–20, 26–
3   27. Trial is scheduled for November 18, 2024. Dkt. No. 31.

4       Counsel for Miguel[1] represents that defense counsel have "recently received the initial
5   discovery in this case, which thus far consists of 160 pages of Bates-stamped discovery and
6   numerous video files" and he has "not yet had time to review all of the discovery, discuss the
7   evidence in the case with [Miguel], discuss possible motions, or explore possible resolutions of
8   the case." Dkt. No. 33 at 2. In addition, "[b]oth codefendants are native Spanish speakers, are
9   incarcerated, and can only communicate with counsel via in-person meetings with the help of an
10  interpreter." *Id.* Miguel has filed a speedy trial waiver waiving his right to a speedy trial "to a date
11  thirty days beyond the date selected by the Court for [his] trial, which [he] anticipate[s] will be no
12  later than June 30, 2025." Dkt. No. 34 at 1. Andres has also filed a speedy trial waiver, waiving
13  his right to a speedy trial through April 24, 2025. Dkt. No. 35 at 1.

14      Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by
15  granting a continuance of trial outweigh the best interest of the public and Defendants in any
16  speedier trial. Specifically, the Court finds that failure to grant the requested continuance would
17  likely result in a miscarriage of justice and would deny defense counsel the reasonable time
18  necessary for effective preparation, taking into account the exercise of due diligence, due to
19  counsel's need for more time to review the evidence, consider possible defenses and motions, and
20  consult with Defendants. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional
21  time requested is a reasonable period of delay and will be necessary to provide counsel and
22  Defendants reasonable time to accomplish the above tasks.

---

[1] The Court usually refers to defendants by their last names, but because Defendants in this matter share the same last name, the Court uses their first names to eliminate any confusion. No disrespect is intended.

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 2

For these reasons, the Court GRANTS Miguel's motion, Dkt. No. 33, and ORDERS that the trial date for Defendants shall be continued from November 18, 2024 to March 24, 2025, and the pretrial motions deadline shall be continued from October 17, 2024 to February 10, 2025. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Defendants' trial must commence under the Speedy Trial Act.

Dated this 15th day of October, 2024.

Lauren King
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 3